Anthony Spencer GREEN, Sr., Plaintiff-Appellant,

v.

DARPA, Defense Advanced Research Projects Agency, Defendant-Appellee.

No. 17-1799

United States Court of Appeals, Fourth Circuit.

Submitted: October 10, 2017

Decided: October 18, 2017

Anthony Spencer Green, Sr., Appellant Pro Se.

Before KING, SHEDD, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Spencer Green, Sr., appeals the district court's order dismissing his civil action for failure to state a claim upon which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we deny Green's motion for appointment of counsel and affirm

for the reasons stated by the district court. *See* 28 U.S.C. § 1915(e)(2)(B) (2012); *Green v. DARPA*, No. 1:17-cv-00647-LO-JFA (E.D. Va. June 19, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*